

26-cv-0874 Sec P

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 1 8 2026

DANIEL J. McCOY, CLERK
BY:_____ KW

**Alfred Flugence,**
Plaintiff,

v.

**Corporal Chris Rudd, Key Alfred, Corporal Shawn Lastrapes, and the City of Broussard, Louisiana,**
Defendants.

Civil Action No.: [Leave blank for court to assign]

---

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983)

---

## I. INTRODUCTION

1. Plaintiff Alfred Flugence brings this action under **42 U.S.C. § 1983** for violations of his constitutional rights under the **Fourth Amendment** arising from his **unlawful detention, handcuffing, and threats of arrest** by officers of the Broussard Police Department on March 22, 2025.
2. Plaintiff seeks **compensatory and punitive damages, declaratory judgment that his rights were violated, costs, and attorney's fees** pursuant to **42 U.S.C. § 1988**.

---

## II. JURISDICTION AND VENUE

3. This Court has **federal question jurisdiction** under 28 U.S.C. § 1331 because this action arises under the Constitution and federal civil rights law.
4. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in **Broussard, Louisiana**, which is within the Western District of Louisiana.

---

## III. PARTIES

**Plaintiff:**

- Alfred Flugence, resident of **105 Tunica Bayou Road, Broussard, Louisiana 70518**.

**Defendants:**

1. **Corporal Chris Rudd**, Broussard Police Department officer, acting under color of state law.
2. **Key Alfred, PFC**, Broussard Police Department officer, acting under color of state law.
3. **Corporal Shawn Lastrapes**, Broussard Police Department officer, acting under color of state law.
4. **City of Broussard, Louisiana**, municipal entity responsible for police supervision, training, and policies, located at **406 E. Madison Street, Broussard, LA 70518**.

## IV. FACTS

1. On March 22, 2025, at approximately **1:00 PM**, Plaintiff was on his property at 105 Tunica Bayou Road when officers responded to a **neighbor complaint** alleging a dog bite. The dog was a visiting dog and **inside Plaintiff's house** when officers arrived.
2. **Key Alfred** arrived first, spoke with neighbor **Amanda Rideaux**, and then walked with Plaintiff through his backyard. Plaintiff voluntarily showed the officer the fence and explained it was impossible for the dog to have caused any injury. A voicemail from the neighbor confirmed she was not injured.
3. **Corporal Chris Rudd** arrived about a minute later, spoke to the neighbor, and then approached Plaintiff. Despite observing no disturbance, Rudd told Plaintiff he was **not free to leave** and demanded identification.
4. Plaintiff repeatedly **refused to provide ID**, explaining he was not suspected of committing a crime.
5. At approximately **12 minutes**, Key Alfred conducted a **warrant check**, which came back clear. He informed Rudd that Plaintiff was "good."
6. At approximately **17 minutes**, Rudd told Lastrapes that the neighbor had **not been bitten**.
7. At approximately **20 minutes**, Rudd stated to Plaintiff's family and the neighbor that the matter was **civil**, and the police would **not pursue criminal charges**.
8. Despite this, Rudd **handcuffed Plaintiff**, citing **Louisiana Revised Statute 14:108**, and placed him in the patrol vehicle. He twisted Plaintiff's arms and patted him down at the vehicle. Plaintiff remained handcuffed for at least **25 minutes** in a hot vehicle without air conditioning.
9. Plaintiff requested to speak with a **supervisor**; Lastrapes denied the request. Plaintiff explained he was not legally obligated to provide ID unless suspected of a crime. Lastrapes insisted Plaintiff provide ID.
10. Plaintiff informed Lastrapes he would file a complaint, which he did on **March 25, 2025**. At the end of Lastrapes's bodycam recording, he signals to Rudd that the camera is still on while discussing Plaintiff and the incident.

## V. WITNESSES

Plaintiff identifies the following witnesses who have relevant information about the March 22, 2025 incident:

- **Detoshia Flugence** – spouse of Plaintiff, present during the incident.
- **Sierra Demouchet** – daughter of Plaintiff, present during the incident.
- **Dion Demouchet** – son-in-law of Plaintiff, present during the incident.
- **Amanda Rideaux** – neighbor who made the dog bite complaint, present during initial officer contact; left voicemail confirming she was not injured.
- **Treymane Rideaux** – husband of Amanda Rideaux, present at the scene.

**Note:** These witnesses are **not defendants** and do **not need to be served** at this stage. They may be contacted later via **subpoena** if necessary to testify at trial.

## VI. INJURIES / DAMAGES

Plaintiff suffered:

- Emotional distress, fear, and embarrassment in front of family and neighbors.
- Humiliation, anxiety, and emotional toll from unlawful detention.
- Financial damages exceeding $200 in attempts to access records of officers.
- Violation of constitutional rights to **due process, security of property, and freedom from unlawful detention**.

## VII. CONSTITUTIONAL VIOLATIONS

1. **Fourth Amendment** – unlawful detention, false arrest, excessive force (handcuffing).
2. **Failure to Intervene** – officers present did not prevent unlawful actions.
3. **Municipal liability (City of Broussard)** – failure to train, supervise, and discipline officers, condoning unconstitutional conduct.
4. **Violation of Louisiana Revised Statute 14:108** – misapplied to justify detention without probable cause.

## VIII. RELIEF REQUESTED

Plaintiff requests:

1. **Compensatory damages** (to be determined by the Court) for emotional distress, humiliation, financial expenses, and violation of rights.
2. **Punitive damages** to deter future misconduct.
3. **Declaratory judgment** that Defendants violated Plaintiff's constitutional rights.
4. **Costs and fees** under 42 U.S.C. § 1988.
5. Any other relief the Court deems just and proper.

## IX. DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a **trial by jury** on all issues so triable.

**Dated:** [Insert Date]

**Respectfully Submitted,**

*Alfred Flugence*

**Alfred Flugence**
105 Tunica Bayou Road
Broussard, Louisiana 70518
all065@yahoo.com
337-442-8513
Pro Se Plaintiff